JS-6

**LAUREL EMPLOYMENT LAW APC**
JOSHUA I. WHITE, ESQ. (SBN 278166)
josh@laurelemploymentlaw.com
ELIZABETH VILLARREAL, ESQ. (SBN 327937)
elizabeth@laurelemploymentlaw.com
808 Wilshire Blvd., Suite 200
Santa Monica, California, 90401
Telephone: 310-929-6371
Attorneys for Plaintiff,
DENISE LIMONES

JAMES M. PETERSON (Bar No. 137837)
peterson@higgslaw.com
DEREK W. PARADIS (Bar No. 269556)
Paradisd@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410
Attorneys for Defendant,
O'REILLY AUTO ENTERPRISES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE LIMONES,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a Delaware Limited Liability Company (fka CSK Auto, Inc. dba O'Reilly Auto Parts); and DOES 1 - 10, Inclusive,<br><br>　　　　Defendant(s). | Case No.: 5:25-cv-01250-SSS-DTBx<br><br>Assigned to: Hon. Sunshine S. Sykes<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO <u>FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)</u>** |

ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE

**ORDER**

Good cause appearing therefore and pursuant to the Stipulation for Dismissal entered into by Plaintiff Denise Limones and Defendant O'Reilly Auto Enterprises, LLC, it is hereby ORDERED that this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 14, 2025

_____
Hon. Sunshine S. Sykes
U.S. District Judge

ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE